IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CONNIE SERENA,<br><br>    Plaintiff,<br><br>vs.<br><br>DOLGENCORP, INC.,<br><br>    Defendant. | NO. 3:09-cv-00042<br>JUDGE TRAUGER<br>MAGISTRATE JUDGE KNOWLES |

## ORDER

On this day the Court considered the Joint Motion for Order Approving Settlement made by and between Plaintiff Connie Serena ("Plaintiff") and Dolgencorp, Inc. ("Defendant" or "Dollar General"). The Court finds that the Motion is meritorious and should be GRANTED.

IT IS, THEREFORE, ORDERED that the Joint Motion for Order Approving Settlement is hereby GRANTED. The Court hereby APPROVES the settlement reached by the Parties in this above-referenced matter.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's cause of action in the above-styled and numbered cause against Defendant is hereby dismissed with prejudice to the re-filing of same, and that each party is to bear its own costs of Court.

Done this __23rd__ day of __February__, 2011.

_____
U.S. District Judge